UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH RAIMONDO,

        Plaintiff,

vs.

        Case No. 13-CV-14773
        HON. GEORGE CARAM STEEH

VILLAGE OF ARMADA, et al.,

        Defendants.
_____/

ORDER OF DISMISSAL

On November 19, 2013, plaintiff Joseph Raimondo filed a six count *pro se* complaint against the Village of Armada and numerous additional individuals and entities. In December 2013, the court entered an order that required Mr. Raimondo to file an amended complaint or face dismissal of this action. That order stated, in part:

> While it appears that the whole of plaintiff's complaint is subject to dismissal for the reason that the claims have already been litigated or because they are not actually claims but his very personal story about his agitation with Armada and what happened to him there, the court notes that the complaint in its current state is very hard to understand. The complaint appears to name defendants who have not been subject to plaintiff's claims in the past. Therefore, the court will give plaintiff a chance to plead new, distinct claims that have not already been litigated. These claims must be set out in numbered Counts and contain only information relevant to each claim.
>
> Accordingly, plaintiff is hereby given 30 days from the date of this order to file an amended complaint. Plaintiff is limited to 20 pages. In those 20 pages, plaintiff may state only relevant background information and claims that have not already been decided in the 01-71353 and 02-71696 cases. Plaintiff may not include extraneous information about his family, his background, political figures, his anger with the results of past litigation, or any other such information that does not have to do with actual claims he wishes to pursue in this court. If plaintiff files an

amended complaint that duplicates the claims made in the past cases, it will be subject to dismissal.

Mr. Raimondo's "request to reconsider order denying plaintiff's motion to recuse and response to the honorable courts kindness to offer opportunity to amend complaint" was filed on January 22, 2014. In this rambling and train of thought document, Mr. Raimondo first suggests that this court is not impartial, then fills the remainder of the six pages with his general unhappiness about this court and his treatment here. To the extent Mr. Raimondo is asking this court to "reconsider" its earlier denial of his motion for recusal, that request is **DENIED**. Because Mr. Raimondo has not filed an amended complaint in compliance with this court's order of December 19, 2013, the matter is hereby **DISMISSED** in its entirety and the case will be closed.

IT IS SO ORDERED.

Dated: February 5, 2014

            s/George Caram Steeh
            GEORGE CARAM STEEH
            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

On February 6, 2014, a copy of this Order was served upon Joseph Raimondo, P. O. Box 330, Armada, MI 48006, by ordinary mail.

s/Barbara Radke
Deputy Clerk

---